# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSH THOMAS, | | CV F   00 5817 AWI SMS P |
| | Plaintiff, | |
| | | ORDER DENYING MOTION FOR |
| v. | | SETTLEMENT CONFERENCE (Doc. 152.) |
| D.L. STEPHENS, et. al., | | |
| | Defendants. | |

Josh Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On September 26, 2005, Plaintiff filed a "Motion for Settlement Conference." In this document, Plaintiff indicates that following the issuance of an Order "against the defendants the Plaintiff can move for a settlement without further hearing or argument, the court can also thereupon settle the judgment and direct the defendants order settlement without further hearing or argument." From this statement, it appears that Plaintiff believes the Court and force the parties to enter into settlement. However, Plaintiff is mistaken.

1

1     The Federal Rules of Civil Procedure authorize settlement discussions at any pretrial conference. Fed.R.Civ.P. 16(c)(9). While federal courts have the authority to require the parties to engage in settlement conferences, they have no authority to coerce settlements. <u>Goss Graphic Systems, Inc. v. DEV Industries, Inc.</u>, 267 F.3d 624, 627 (7th Cir. 2001.) At this stage in the proceedings, Defendants have not indicated to the Court that they are willing to participate in a settlement conference. No settlement conference will be scheduled until such time as *both* parties agree to participate in one.

    Accordingly, Plaintiff's Motion for the Court to Order Defendants to settle the case without trial is DENIED.

IT IS SO ORDERED.

**Dated:   October 2, 2005**       /s/ Sandra M. Snyder
icido3                              UNITED STATES MAGISTRATE JUDGE