# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

FILED

2005 OCT 14  A 9: 17

_DIST COURT
CALIF
BY___

JOSH THOMAS,

      Plaintiff - Appellant,

v.

D L STEPHENS; et al.,

      Defendants - Appellees.

No.  05-16848

D.C. No.  CV-00-05817-AWI

**ORDER**

This appeal has been taken in good faith  [ ]

This appeal is not taken in good faith    [ ✗ ]

Explanation: _Plaintiff is attempting to appeal an Order granting Summary Judgment as to certain parties, which is a non-appealable order._

_____

Judge
United States District Court

Date: _10 - 19·05_

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

September 28, 2005

| | |
|---|---|
| JOSH THOMAS,<br><br>      Plaintiff-Appellant,<br><br>v.<br><br>D L STEPHENS, et al;, <br><br>      Defendants-Appellees. | No.  05-16848<br>D.C. No.  CV-00-05817-AWI<br><br><br><br>**REFERRAL NOTICE** |

This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days.  If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

By: Joe Williams
Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Anthony W. Ishii District Judge
United States District Judge
United States Courthouse
Rm. 5000
1130 "O" Street
Fresno, CA 93721

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

jw
05-16848