# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | CV F   00 5817 AWI LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR PRODUCTION OF DOCUMENTS (Doc. 163.) |
| D.L. STEPHENS, et. al., | |
| Defendants. | |

Josh Thomas ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 3, 2005, the Court issued a Second Scheduling Order and set the matter for a Telephonic Trial Confirmation Hearing and Trial.

On October 28, 2005, Plaintiff filed a Motion for Production of Documents. In this document, Plaintiff states that Defendants are to produce any and all evidence intended to be used at trial thirty (30) days before trial.

As noted above, the case has been set for trial. Generally, this means that all discovery has concluded. Thus, Plaintiff may not obtain documents via the discovery mechanism of Request for Production of Documents. As Plaintiff is asking that Defendants produce before trial, all documentary evidence to be used at trial, his request is not only premature but unnecessary. According to the Court Docket, Plaintiff has provided the Court with his Pretrial Statement. After Defendants file their pretrial statement, the Court will examine them in detail and issue an order identifying those exhibits intended to be used by both parties. Because

Defendants are required to serve Plaintiff with every pleading filed in the case, Plaintiff will be provided with notice of the documents intended to be used at trial. Should Plaintiff be opposed to the use of certain evidence, he must make his objection known to the court in writing.

      Accordingly, in light of the above, Plaintiff's Motion for Production of Documents is DENIED.

IT IS SO ORDERED.

**Dated:**   **November 21, 2005**           **/s/ Sandra M. Snyder**
icido3                                                    UNITED STATES MAGISTRATE JUDGE