IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,           ) | CV F 00-5817 AWI SMS P |
|                       ) | |
| Plaintiff,   ) | ORDER VACATING TRIAL AND |
| v.                    ) | TRIAL DATES |
|                       ) | |
| D.L. STEPHENS, et al.,   ) | ORDER DIRECTING THE CLERK OF |
|                       ) | THE COURT TO SERVE |
| Defendants   ) | CONSENT/DECLINE FORM |
| _____ ) | |

This action proceeds on Plaintiff Josh Thomas' First Amended Complaint filed on October 30, 2000. Trial was set in this matter for February 22, 2006. On February 10, 2006, the court held a telephonic conference. After hearing about the health status of a Defendant, the court vacated the pending trial and set a status conference for May 15, 2006. At the hearing, the court and the parties also discussed the possibility of the parties consenting to Magistrate Judge jurisdiction. If the parties are willing to consent, the parties should return the enclosed form.

Accordingly, the court ORDERS that:

1. The February 22, 2006 trial date is vacated;
2. All pending dates and orders concerning the trial are vacated;
3. The court shall hold a status conference on May 15, 2006 at 3:30 p.m.; and
4. The Clerk of the Court is DIRECTED to send Plaintiff and Defendants' attorney the court's Magistrate Judge jurisdiction consent/decline form.

IT IS SO ORDERED.

Dated:     February 10, 2006                     /s/ Anthony W. Ishii
0m8i78                                           UNITED STATES DISTRICT JUDGE