UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSH THOMAS | ) | CIV F  00-5817  AWI SMS P |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER VACATING JANUARY 12, 2006 ORDER |
| | ) | AND WRIT OF HABEAS CORPUS AD |
| v. | ) | TESTIFICANDUM AS TO JOSH THOMAS |
| | ) | |
| STEPHENS, et. al. | ) | (DOCUMENT #185.) |
| | ) | |
| | ) | |
| Defendants. | ) | |

Josh Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On January 12, 2006, the court issued an order and Writ of Habeas Corpus ad Testificandum commanding the Warden of California Substance Abuse Treatment Facility (CSATF) to produce California prisoner Josh Thomas, CDC# C-53704, in this court on February 22, 2006, to testify at trial in this action.

On, February 10, 2006, this Court held a status conference with the parties where it was decided that the trial be vacated. By separate order, the court shall continue the trial

1

1  date. Accordingly, due to Court's Order vacating the trial
2  scheduled for February 22, 2006, IT IS ORDERED that the court's
3  order of January 24, 2006, ordering that a Writ of Habeas Corpus ad
4  Testificandum issue, and the Writ of Habeas Corpus ad Testificandum
5  issued on CSATF, commanding the production of inmate Thomas, BE
6  VACATED.

8  IT IS SO ORDERED.
9  **Dated:    February 10, 2006**              **/s/ Anthony W. Ishii**
   0m8i78                                      UNITED STATES DISTRICT JUDGE

2