1
2
3
4
5
6
7
8
9

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15

| | |
|---|---|
| **JOSH THOMAS,** ) | **CV F 00-5817 AWI SMS P** |
| ) | |
| **Plaintiff**, ) | **ORDER VACATING TRIAL** |
| ) | **DATE** |
| **v.** ) | |
| ) | **ORDER VACATE** |
| **D.L. STEPHENS, et al.,** ) | **TRANSPORTATION WRIT** |
| ) | |
| **Defendants** ) | |
| ) | |

16
17      This action proceeds on Plaintiff Josh Thomas' Amended Complaint, filed
18   October 30, 2000.   Trial in this action had been set for September 12, 2006.
19      On September 11, 2006, the court held a telephonic hearing.  At the hearing, the
20   court found it necessary to continue the trial date because of the unavailability of Defendant
21   Caetana.
22      Accordingly, the September 12, 2006 trial date is VACATED and the
23   transportation writ for the attendance of Plaintiff at trial on September 12, 2006 is VACATED.
24
25   IT IS SO ORDERED.
26   **Dated:   September 11, 2006        _____/s/ Anthony W. Ishii_____**
     0m8i78                              UNITED STATES DISTRICT JUDGE
27
28