IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>           **Plaintiff**,<br>   v.<br><br>D.L. STEPHENS, et al.,<br><br>           **Defendants** | CV F 00-5817 AWI SMS P<br><br>**ORDER DENYING TRIAL MOTIONS WITHOUT PREJUDICE**<br><br>(Documents #180, #184, #186, #187, #192) |

This action proceeds on Plaintiff Josh Thomas' First Amended Complaint filed on October 30, 2000.   Trial was set in this matter for September 12, 2006.   In anticipation of trial, Plaintiff had filed a motion for the jury to view the hobby shop, a motion to modify the pretrial order, motions in limine, and a motion regarding jury instructions.   Defendants had filed motions in limine.   On the eve of trial, the court vacated the September 12, 2006 trial date because of one of the Defendants' medical condition.   To allow the parties to depose this Defendant and to allow for a settlement conference, the court did not set a new trial.

The parties' trial motions have not yet been ruled on by the court.   Pursuant to the Civil Justice Reform Act, 28 U.S.C. § 471 *et seq.*,  this court is not to delay ruling on pending motions for more than six months.   Because the trial motions have been pending for over six months and the court found good cause to vacate the trial date, the court finds that in the interests of efficient case management, the parties' trial motions should be denied without prejudice.   If settlement cannot be reached, the parties may re-notice their trial motions and ask the court to consider any briefs and evidence already filed.

Accordingly, the court ORDERS that:

1. Plaintiff's motion for the jury to view the hobby shop (Document #180) is DENIED without prejudice;
2. Plaintiff's motion for modification of the pretrial order (Document #184) is DENIED without prejudice;
3. The parties' motions in limine (Documents #186 & #187) are DENIED without prejudice; and
4. Plaintiff's motion concerning jury instructions (Document #192) is DENIED without prejudice.

IT IS SO ORDERED.

**Dated:    September 26, 2006**                    /s/ Anthony W. Ishii
0m8i78                                                              UNITED STATES DISTRICT JUDGE

2