# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | CASE NO. 1:00-CV-05817-AWI-SMS PC |
|       Plaintiff, | ORDER FOLLOWING TELEPHONIC HEARING TO RESOLVE DISPUTE OVER PLAINTIFF'S WRITTEN DEPOSITION QUESTIONS TO DEFENDANT CAETANA |
|   v. | |
| D. L. STEPHENS, et. al. , | |
|       Defendants. | |

A hearing to resolve a dispute between the parties over Plaintiff's written deposition questions directed to Defendant L. Caetana was held on October 17, 2006, at 3:00 p.m. in Courtroom 7 before the undesigned, at the direction of the Honorable Anthony W. Ishii. Plaintiff Josh Thomas and Deputy Attorney General Barry Alves for Defendants were present by telephone.

The deposition at issue is scheduled for October 19, 2006. Pursuant to Mr. Alves' request during the hearing, a copy of the Court's internal memorandum restructuring Plaintiff's deposition questions was transmitted to Mr. Alves via e-mail on October 17, 2006. Mr. Alves agreed to provide a copy to Plaintiff on October 18, 2006. Neither Plaintiff nor Mr. Alves anticipated any further problems with the questions. However, as stated by the Court during the hearing, neither side has waived further objection to the new questions. Further, during the hearing Plaintiff clarified that the

1 time frame in question is that during which he worked for Defendant Caetana, from January 11, 1999
2 to February 26, 1999.
3       Accordingly, absent further notice from the parties, the Court considers this dispute to be
4 HEREBY RESOLVED.
5
6 IT IS SO ORDERED.
7 **Dated:    October 18, 2006**                                        **/s/ Sandra M. Snyder**
   icido3                                                              UNITED STATES MAGISTRATE JUDGE