IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSH THOMAS, | ) | CV F 00-5817 AWI SMS P |
| | ) | |
| Plaintiff, | ) | ORDER SETTING TELEPHONIC |
| v. | ) | STATUS CONFERENCE FOR |
| | ) | NOVEMBER 13, 2006 AT 3:00 P.M. |
| D.L. STEPHENS, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

This action proceeds on Plaintiff Josh Thomas' First Amended Complaint filed on October 30, 2000.   Trial has been vacated, and this matter was referred to the Magistrate Judge for a settlement conference and to resolve issues concerning the deposition of Defendant Caetana.   The parties have been unable to reach a settlement, but have resolved how to conduct the deposition of Defendant Caetana.   It appearing that the issues resolving Defendant Caetana will be resolved shortly, the court HEREBY sets a status conference in this action for November13, 2006 at 3:00 p.m.   Counsel for defendants is directed to arrange for telephone contact with Plaintiff, and shall initiate the call to (559) 499-5669.   At the telephonic hearing, the court will set a trial date and address any remaining pretrial matters.

IT IS SO ORDERED.

Dated:    October 19, 2006              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE