IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>D.L. STEPHENS, et al.,<br><br>　　　　　Defendants | ) CV F 00-5817 AWI SMS P<br>)<br>) ORDER SETTING TELEPHONIC<br>) STATUS CONFERENCE FOR<br>) NOVEMBER 20, 2006 AT 3:00 p.m.<br>)<br>)<br>)<br>) |

　　　This action proceeds on Plaintiff Josh Thomas' First Amended Complaint filed on October 30, 2000.   Trial has been vacated, and this matter was referred to the Magistrate Judge to resolve issues concerning the deposition of Defendant Caetana.   It appearing that the issues involving Defendant Caetana have been resolved, the court needs to set a status conference. Defendants have requested the status conference be held on November 20, 2006.

　　　The court SETS a telephonic status conference for November 20, 2006 at 3:00 p.m. Counsel for Defendants is DIRECTED to arrange for telephone contact with Plaintiff, and shall initiate the call to (559) 499-5669.  At the telephonic hearing, the court will set a trial date and address any remaining pretrial matters.

IT IS SO ORDERED.

Dated:　November 15, 2006　　　　　　　　/s/ Anthony W. Ishii
0m8i78　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE