# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | CASE NO. 1:00-CV-05817-AWI-SMS PC |
| Plaintiff, | ORDER DENYING MOTION FOR JUDGMENT AS MATTER OF LAW (Doc. 198.) |
| v. | |
| D. L. STEPHENS, et. al. , | |
| Defendants.   / | |

Josh Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

On March 10, 2006, Plaintiff filed a Motion for Judgment in which he states that the facts and evidence clearly establish that Plaintiff is entitled to relief. (Motion at 5).

According to the Court docket, the dispositive motion deadline expired on April 28, 2003. (Doc. 59.) Thus, any motions seeking disposition of the case without trial were to be filed on or before April 28, 2003. Accordingly, Plaintiff's Motion for Judgment is DENIED. This case will proceed to trial.

IT IS SO ORDERED.

Dated:   January 11, 2007                    /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE

1