IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSH THOMAS, | ) | CV F 00-5817 AWI SMS P |
|         **Plaintiff**, | ) ) | ORDER DENYING MOTION FOR IMPEACHMENT |
|    v. | ) ) | (Document #246) |
| D.L. STEPHENS, et al., | ) ) | |
|         **Defendants** | ) ) | |

      This action proceeds on Plaintiff Josh Thomas' First Amended Complaint filed on October 30, 2000. Trial has been vacated. The court allowed the parties to depose Defendant Caetana by written deposition because it appeared Defendant Caetana's medical condition would most likely prevent Defendant Caetana's testimony at trial. Upon receiving Defendant Caetana's responses to the written deposition, on December 13, 2006, Plaintiff filed a motion for impeachment.

      The basis of Plaintiff's motion for impeachment is that Defendant Caetana responded to deposition questions differently than Defendant Caetana had responded in earlier documents. Plaintiff is informed that a motion for impeachment is not a proper pretrial filing. The correct place to impeach Defendant Caetana with alleged prior inconsistent statements is at trial. After Defendant Caetana testifies, or after his deposition testimony is admitted because Defendant Caetana is deemed unavailable, Plaintiff may move to admit inconsistent statements. It is up to the trier of fact to determine if the inconsistencies are of such a nature that they decline to believe

1  all or part of Defendant Caetana's testimony.

2      Accordingly, the court ORDERS that Plaintiff's motion for impeachment is DENIED.

4  IT IS SO ORDERED.

5  **Dated:   January 29, 2007**         /s/ Anthony W. Ishii
  0m8i78                              UNITED STATES DISTRICT JUDGE

2