IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSH THOMAS, | ) | CV F 00-5817 AWI SMS P |
| | ) | |
| Plaintiff, | ) | ORDER CONTINUING THE |
| | ) | FEBRUARY 5, 2007 HEARING TO |
| v. | ) | MARCH 12, 2007 AT 3:30 p.m. |
| | ) | |
| D.L. STEPHENS, et al., | ) | ORDER REQUIRING PLAINTIFF TO |
| | ) | RE-FILE HIS DECEMBER 13, 2006 |
| Defendants | ) | MOTION FOR FURTHER |
| _____ | ) | DEPOSITION |

This action proceeds on Plaintiff Josh Thomas' First Amended Complaint filed on October 30, 2000. Trial has been vacated. The court allowed the parties to depose Defendant Caetana by written deposition because it appeared Defendant Caetana's medical condition would most likely prevent Defendant Caetana's testimony at trial. Upon receiving Defendant Caetana's responses, on December 13, 2006, Plaintiff filed objections to portions of the deposition and a motion to conduct further deposition. On January 24, 2007, Defendants filed an opposition.

The motion for further deposition before the court contains a total of 13 pages. The first two pages are Plaintiff's argument and the last eleven pages contain exhibits. Based on the way the second page's argument ends abruptly and Defendants' discussion of arguments made on pages the court does not have, the court believes it did not receive all pages of Plaintiff's motion. Plaintiff is asked to re-submit his motion to the court.

Accordingly, the court ORDERS that:

1. Plaintiff is DIRECTED to re-file his December 13, 2006 motion for further deposition within ten days of this order's date of service. If Plaintiff does not have a copy of this motion in his possession, Plaintiff is directed to immediately contact the court and Defendants' counsel. If Defendants' counsel receives notice that Plaintiff does not have another copy of the document, the court requests Defendants' counsel to submit a copy of this motion to the court;

2. The February 5, 2007 hearing is CONTINUED to March 12, 2007 at 3:30 p.m.

IT IS SO ORDERED.

**Dated:   January 29, 2007**            /s/ Anthony W. Ishii
0m8i78                                   UNITED STATES DISTRICT JUDGE

2