UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSH THOMAS, | ) | 1:00-CV-5817 AWI SMS P |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | (DOCUMENT #249) |
| D. L. STEPHENS, et al., | ) | |
| Defendants. | ) | |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section 1983. On January 22, 2007, defendants filed a motion to extend time to file an opposition to plaintiff's motion for further deposition. Inasmuch as defendants filed a memorandum/response in opposition to plaintiff's motion for further deposition on January 24, 2007, and good cause having been presented to the court, IT IS HEREBY ORDERED THAT defendants motion to extend time to file an opposition is GRANTED nunc pro tunc.

IT IS SO ORDERED.

**Dated:  February 15, 2007**              /s/ Sandra M. Snyder
b6edp0                                     UNITED STATES MAGISTRATE JUDGE