# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | CV F   00 5817 LJO SMS P |
| Plaintiff, | |
| v. | ORDER VACATING TELEPHONIC HEARING SET FOR MARCH 12, 2007, at 3:30 p.m. BEFORE JUDGE ANTHONY W. ISHII |
| D.L. STEPHENS, et. al., | (Docket Entry 254.) |
| Defendants. | |

Josh Thomas ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 22, 2007, this case was reassigned from the Honorable Anthony W. Ishii to the undersigned. At this time, a hearing to resolve the Plaintiff's Motion for Further Deposition was set before Judge Ishii on March 12, 2007, at 3:30 p.m. The Court has determined that the issues presented in the Motion are suitable for resolution without oral argument. Thus, pursuant to Local Rule 78-230(h), the Court VACATES the hearing date set for March 12, 2007, and ORDERS that the motion be submitted on the pleadings. Following resolution of this Motion, the Court will, by Order, set a telephonic trial setting conference before the Magistrate Judge

1

1 | assigned to the case.

2 | The Court HEREBY ORDERS:

3 | 1. The HEARING set for March 12, 2007, at 3:30 p.m. before the Honorable
4 | Anthony W. Ishii is VACATED; and
5 | 2. The Motion for Further Deposition will be resolved on the pleadings, without oral
6 | argument.

7 | IT IS SO ORDERED.

8 | **Dated:   March 5, 2007**                              /s/ Lawrence J. O'Neill
b9ed48                                                  UNITED STATES DISTRICT JUDGE