# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | CASE NO. 1:00-cv-05817-LJO-SMS PC |
| Plaintiff, | ORDER SETTING TELEPHONIC TRIAL SETTING HEARING |
| v. | |
| D. L. STEPHENS, et al., | Date:  May 31, 2007<br>Time:  9:00 a.m.<br>Courtroom:  4 (LJO) |
| Defendants. | |

This matter is hereby set for a telephonic trial setting hearing before the Honorable Lawrence J. O'Neill on May 31, 2007, at 9:00 a.m. in Courtroom 4.  Defendants' counsel shall arrange for the participation of Plaintiff at the hearing and shall initiate the conference call to (559) 499-5680.

IT IS SO ORDERED.

**Dated:   May 7, 2007**          **/s/ Sandra M. Snyder**
                                  UNITED STATES MAGISTRATE JUDGE

1