# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>        Plaintiff,<br><br>   v.<br><br>D. L. STEPHENS, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:00-cv-05817-LJO-SMS PC<br><br>ORDER CONTINUING TELEPHONIC TRIAL SETTING HEARING FROM MAY 31, 2007, TO JUNE 11, 2007, AND DIRECTING CLERK'S OFFICE TO FAX A COURTESY COPY OF THIS ORDER TO CSATF<br><br>Hearing Date: June 11, 2007<br>Time:        9:00 a.m.<br>Courtroom:  4 (LJO) |

    Due a conflict with the Court's trial calendar, it is HEREBY ORDERED that:

1. The telephonic trial setting hearing set for May 31, 2007, is HEREBY CONTINUED to June 11, 2007, at 9:00 a.m. in Courtroom 4 before the undersigned;

2. Defendants' counsel shall arrange for the participation of Plaintiff at the hearing and shall initiate the conference call to (559) 499-5680; and

3. The Clerk's Office shall serve a courtesy copy of this order by facsimile on the Litigation Office at the California Substance Abuse Treatment Facility.

IT IS SO ORDERED.

Dated:   May 24, 2007                      /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

1