# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>STEPHENS-LYMAN, DENNY, CAETANA, AND TURNER,<br><br>    Defendants.<br>_____/ | CASE NO. 1:00-cv-05817-LJO-SMS PC<br><br>ORDER FOLLOWING TELEPHONIC TRIAL SETTING HEARING<br><br>ORDER REINSTATING PLAINTIFF'S MOTIONS IN LIMINE AND TRIAL MOTIONS, SETTING JURY TRIAL AND MOTIONS IN LIMINE DATES, CLARIFYING RECORD REGARDING STIPULATION, AND DENYING PLAINTIFF'S MOTION TO COMPEL (Doc. 223)<br><br>Motions in Limine:   July 9, 2007<br><br>Oppositions to<br>Motions in Limine:   July 31, 2007<br><br>Telephonic Motions<br>in Limine Hearing:   September 5, 2007, at 8:30 a.m. in Courtroom 4 (LJO)<br><br>Jury Trial:   October 9, 2007, at 8:30 a.m. in Courtroom 4 (LJO) |

    A telephonic trial setting hearing was held in this matter on June 11, 2007, at 9:00 a.m. before the undersigned. Present by telephone were Deputy Attorney General Barry Alves, representing defendants Stephens-Lyman, Denny, Caetana, and Turner, and pro se plaintiff Josh Thomas.

    Pursuant to plaintiff's verbal motion, plaintiff's previously filed motions in limine and miscellaneous trial motions, which were denied without prejudice to refiling by Judge Ishii on

September 26, 2006, are reinstated. (Doc. 230.) The deadline for defendants to file their motions limine is July 9, 2007, and the deadline for either side to file oppositions to motions in limine is July 31, 2007.[1] A telephonic hearing on motions in limine will be held on September 5, 2007, at 8:30 a.m. before the undersigned. Jury trial is set for October 9, 2007, at 8:30 a.m. before the undersigned in Courtroom 4.

At this juncture, it appears the parties are not agreeable to consenting to Magistrate Judge jurisdiction. As explained during the hearing, the undersigned cannot guarantee the trial date given to the parties because the District Judges' trial calendars are double and triple set with trials. A Magistrate Judge will most likely be able to guarantee the parties a trial date and ensure the resolution of this case sooner. If the parties change their minds regarding consent to either Magistrate Judge Snyder or Magistrate Judge Beck, the parties shall notify the Court as soon as possible.[2]

As discussed during the hearing, the record is hereby clarified to reflect that the parties have stipulated to the authenticity of defendants' trial exhibits, which were provided to plaintiff for review, and the custodian of records is therefore not required to appear at trial.

Plaintiff's exhibit list was not timely submitted. (Doc. 211.) In addition, as plaintiff was informed by the undersigned during the hearing, the exhibit list largely consists of documents which may not be introduced into evidence, such as the pleadings, defendants' pretrial statement, defendants' motion for summary judgment, and the Court's Findings and Recommendations. (Id.) As set forth in hearing, plaintiff should review the Federal Rules of Evidence prior to trial regarding the proper use of declarations and responses to interrogatories. As explained to plaintiff, such documents may be used to impeach witnesses, for example, but may not simply be entered into evidence for the jury to view.

///

---

[1] Defendants are not limited to re-filing only those motions in limine previously denied without prejudice by Judge Ishii.

[2] Judge Snyder conducted the settlement conference in this case. The parties may voluntarily waive any resulting conflict and have this case tried by Judge Snyder, but are not required to do so.

Finally, the discovery deadline was June 17, 2003. (Doc. 82.) A review of the record reveals that plaintiff filed a motion to compel on September 6, 2006. (Doc. 223.) The motion is untimely and is denied on that ground.

Accordingly, based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's previously filed motions in limine and trial motions, denied without prejudice by Judge Ishii on September 26, 2006, are REINSTATED on plaintiff's verbal motion made during the hearing;

2. Defendants shall file their motions in limine on or before July 9, 2007;

3. Oppositions to motions in limine are due on or before July 31, 2007;

4. A telephonic motions in limine hearing is set for September 5, 2007, at 8:30 a.m. in Courtroom 4 before the undersigned;

5. Defendants' counsel shall arrange for the participation of plaintiff at the hearing and shall initiate the call to (559) 499-5680;

6. Jury trial is set for October 9, 2007, at 8:30 a.m. in Courtroom 4 before the undersigned;

7. The record is clarified to reflect that the parties have stipulated to the authenticity of defendants' trial exhibits, and the custodian of records is therefore not required to appear at trial; and

8. Plaintiff's motion to compel, filed on September 6, 2006, is DENIED as untimely.

IT IS SO ORDERED.

**Dated:   June 11, 2007**              /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE