# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | CASE NO. 1:00-cv-05817-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| v. | (Doc. 268) |
| STEPHENS-LYMAN, DENNY, CAETANA, AND TURNER, | |
| Defendants. | |

On June 20, 2007, plaintiff Josh Thomas filed an unsigned motion. All filings submitted to this court by plaintiff must bear an original signature. Local Rule 7-131; Fed. R. Civ. P. 11(a).

Plaintiff's unsigned motion is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   June 21, 2007              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1