```
                                          FILED
                                    JUDGMENT ENTERED
                                      Oct. 10, 2007
                                          Date
                                     by __G. Lucas____
                                       Deputy Clerk
                                    U.S. District Court
                                 Eastern District of California
                                __XX___  FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

JOSH THOMAS,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:00-CV-5817 LJO SMS P

STEPHENS-LYMAN, DENNY,
CAETANA AND TURNER,

_____/

JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

Judgment is hereby entered in favor of the defendants and against the plaintiff.

DATED: October 10, 2007

                                          VICTORIA C. MINOR, Clerk

                                     By: /s/ GREG LUCAS
                                             Deputy Clerk