UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS, | 1:00-cv-05817-LJO-SMS-PC |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE APPEAL |
| v. | |
| D. L. STEPHENS, et al., | (Doc. 281) |
| Defendants. | **DEADLINE TO FILE APPEAL: 12/03/2007** |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 10, 2007, after trial, judgment was entered for defendants pursuant to the jury verdict. On October 29, 2007, plaintiff filed a motion for an extension of time to file an appeal.

A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A). However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. See FRAP 4(a)(5)(A). Plaintiff filed his motion to extend time on October 29, 2007, which is earlier than 30 days after the expiration time for filing his appeal. In his motion to extend time, plaintiff shows good cause for the extension, citing delays beyond his control due to his transfer to the Fresno County Jail for an evidentiary hearing scheduled by the Fresno County Court. He will not have access to his legal documents until he is transferred back to the California Substance Abuse Treatment Facility.

In light of the foregoing, good cause having been presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time to file an appeal in this action is GRANTED up to and including <u>December 3, 2007</u>.

IT IS SO ORDERED.

**Dated:   November 5, 2007**              /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE