**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSH THOMAS,<br><br>　　　　　Plaintiff,<br>　vs.<br>STEPHENS, et al,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 00-5817 LJO SMS PC<br><br>**ORDER TO DENY MOTION AS MOOT**<br>(Doc. 291.) |

Given the dismissal of plaintiff's appeal, this Court DENIES as moot plaintiff's Motion to Stay Jury Verdict and Judgment (Doc. 291).

IT IS SO ORDERED.

**Dated:   June 2, 2008**　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1